## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Blackjewel, L.L.C., *et al.*, | : | Case No. 19-30289 |
| Debtors,[1] | : | (Jointly Administered) |
| | : | |
| BLACKJEWEL, L.L.C., et al. | : | Adv. Proc. No. 3:20-ap-03015 |
| | : | |
|     Plaintiffs, | : | |
| v. | : | |
| | : | |
| JEFFREY A. HOOPS, SR., et al., | : | |
| | : | |
|     Defendants. | : | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Bankr. R. 7041, the Blackjewel Liquidation Trust (the "Trust"), as successor to the Debtors as Plaintiffs in the above-captioned action, and Defendants Jeffery A. Hoops, Sr., Lexington Coal Royalty Company, LLC, Triple H Real Estate, LLC, and Construction & Reclamation Services, LLC ("Defendants") (each of the Trust and Defendants, a "Party"), by and through their respective counsel, hereby stipulate and agree that this action is dismissed with prejudice to refiling and with each Party to pay its own fees and costs.

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number were as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); Revelation Energy, LLC (4605); Dominion Coal Corporation (2957); Harold Keene Coal Co. LLC (6749); Vansant Coal Corporation (2785); Lone Mountain Processing, LLC (0457); Powell Mountain Energy, LLC (1024); and Cumberland River Coal LLC (2213).

Stipulated and Agreed,

DATED: August 17, 2022

| **MCGUIREWOODS LLP** | **SUPPLE LAW OFFICE, PLLC** |
|---|---|
| /s/ *Frank Guadagnino* | Joe M. Supple, Bar. No. 8013 |
| K. Elizabeth Sieg (admitted *pro hac vice*) | 801 Viand St. |
| Gateway Plaza | Point Pleasant, WV 25550 |
| 800 East Canal Street | Telephone: 304.675.6249 |
| Richmond, Virginia 23219 | Facsimile: 304.675.4372 |
| Telephone: (804) 775-1000 | joe.supple@supplelaw.net |
| E-mail: bsieg@mcguirewoods.com | |
| | – and – |
| Mark E. Freedlander (admitted *pro hac vice*) | |
| Frank Guadagnino (admitted *pro hac vice*) | **SQUIRE PATTON BOGGS (US) LLP** |
| Tower Two-Sixty | |
| 260 Forbes Avenue, Suite 1800 | /s/ *Scott A. Kane* |
| Pittsburgh, Pennsylvania 15222 | Stephen D. Lerner (admitted pro hac vice) |
| Telephone: (412) 667-6000 | Scott A. Kane (admitted pro hac vice) |
| E-mail: mfreedlander@mcguirewoods.com | John A. Tancabel (admitted pro hac vice) |
| | Jennifer L. Dollard-Smith (admitted pro hac vice) |
| A. Wolfgang McGavran (admitted *pro hac vice*) | 201 E. Fourth Street, Suite 1900 |
| 888 16th Street N.W., Suite 500 | Cincinnati, Ohio 45202 |
| Black Lives Matter Plaza | Telephone: 513.361.1200 |
| Washington, D.C. 20006 | Facsimile: 513.361.1201 |
| Telephone: (202) 857-2471 | stephen.lerner@squirepb.com |
| E-mail: wmcgavran@mcguirewoods.com | scott.kane@squirepb.com |
| | john.tancabel@squirepb.com |
| *Counsel for Defendants* | jennifer.dollard-smith@squirepb.com |
| | |
| | *Co-Counsel to the Plaintiff* |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing **"Stipulation of Dismissal with Prejudice"** was filed and served upon counsel for Defendants via electronic mail this 17th day of August, 2022.

/s/ Scott A. Kane